ELAYNA J. YOUCHAH
Nevada State Bar No. 5837
DIONE C. WRENN
Nevada State Bar No. 13285
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
youchahe@jacksonlewis.com
dione.wrenn@jacksonlewis.com
Tel: (702) 921-2460
*Attorneys for Defendant*
*Tix4Tonight, L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK WITT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TIX4TONIGHT, LLC,<br><br>Defendants. | Case No. 2:17-cv-02511-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF no. 16 |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 9th day of April, 2018.

LIZADA LAW FIRM, LTD.

_/s/ Angela J. Lizada_
Angela J. Lizada, Bar #11637
501 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Patrick Witt*

JACKSON LEWIS P.C.

_/s/ Dione C. Wrenn_
Elayna J. Youchah, Bar #5837
Dione C. Wrenn, Bar #13285
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant Tix4Tonight, LLC*

**ORDER**

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
April 10, 2018